UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WENDI COLMONE

        Plaintiff,                            Civil No. 06-1790-AS

       v.                                   ORDER

CITY OF PORTLAND, PORTLAND
FIRE AND RESCUE BUREAU,

        Defendant.

HAGGERTY, Chief Judge:

      Magistrate Judge Ashmanskas has issued a Findings and Recommendation [25] in this action.  The Magistrate Judge recommended that the City of Portland's (the City) motion to dismiss the Portland Fire and Rescue Bureau (Bureau) should be granted and plaintiff should be directed to amend her complaint to eliminate any reference to the Bureau as a defendant, including removing the Bureau from the caption.  The Magistrate Judge also recommended that

1  - ORDER

the City's motion to dismiss Plaintiff's Title VII and sexual harassment-hostile work environment claims should be denied.   No objections were filed, and the case was referred to me.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate.  *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record.  This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [25] is adopted.

IT IS SO ORDERED.

Dated this   12   day of June, 2007.


　　　　　　　　　　　　　　　　　　　　　　  /s/ Ancer L. Haggerty  
　　　　　　　　　　　　　　　　　　　　　　　Ancer L. Haggerty  
　　　　　　　　　　　　　　　　　　　　　United States District Judge